JEANNIE CONROY, AN INFANT, BY HER GUARDIAN *AD LITEM*, JOHN CONROY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. 10 BREWSTER AVENUE CORP., DEFENDANT-PETITIONER.

See same case below: 97 *N. J. Super.* 75.

*Messrs. Winne & Banta, Mr. Joseph A. Rizzi* and *Mr. Richard A. Fiore* for the petitioner.

*Messrs. Breslin & Monoghan* for the respondents.

February 27, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES EDWARD WASHINGTON, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Robert G. Beck* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. James R. Zazzali* for the respondent.

February 27, 1968. Denied.